300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a3224-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a1224-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3204-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3220-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3221-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3222-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0224-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3223-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3824-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3225-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3228-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3229-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3424-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3724-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443